# United States Court of Appeals
## For the First Circuit

No. 09-2231

SHELDON G. ADELSON,

Plaintiff, Appellee,

v.

MOSHE HANANEL,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on July 13, 2011 is amended as follows:

On page 9, line 3, change "2006" to "1996"